UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS ANTHONY SMITH,

      Plaintiff,

v.                                                                        Case No.   8:26-cv-1647-JLB-AAS

AVON PARK CORRECTIONAL
INSTITUTION, *et al.*,

      Defendants.

_____/

## **ORDER**

Mr. Smith, a Florida prisoner proceeding *pro se*, initiated this cause of action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983.   (Doc. 1).   The complaint alleges that Mr. Smith fractured his wrist when he tripped and fell on an uneven sidewalk at Avon Park Correctional Institution, and the medical staff provided negligent treatment.   (Doc. 1 at 4-5).

Mr. Smith's claims are essentially the same claims he raised in his complaints in Case No. 8:26-cv-1504-JLB-LSG (M.D. Fla.) and in Case No. 8:26-cv-1605-KKM-NHA (M.D. Fla.).   In both cases, the complaint was dismissed for lack of jurisdiction because Mr. Smith failed to establish either federal-question jurisdiction or diversity jurisdiction.   Thus, the complaint in this action is dismissed for the same reasons set forth in the orders of

dismissal in Case No. 8:26-cv-1504-JLB-LSG (M.D. Fla.) (*see* Doc. 8) and in Case No. 8:26-cv-1605-KKM-NHA (M.D. Fla.) (*See* Doc. 8).

Accordingly, it is **ORDERED** that:

1. The complaint (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.[1]

2. The **Clerk** is **DIRECTED** to close this case.

**DONE and ORDERED in Tampa, Florida, on June 12, 2026.**

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] The dismissal is without prejudice to Mr. Smith filing a new complaint, in a new case with a new case number, that alleges a jurisdictional basis for the action.